# EJECTMENT.

## No. 1.

SELECT MEN OF COLCHESTER *against* HILL. *Chittenden*, 1815.

THE *Select men* cannot maintain an action of Ejectment.

I

to recover lands granted to the Society for the propagation of the Gospel in foreign parts. Held bad on demurrer.